**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL MADRID, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CSK AUTO, INC., a Arizona Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. **C 12-05478 RS**<br>(Class Action)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Judge:    Hon. Richard Seeborg |

1  The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a First
2  Amended Complaint.
3  Good cause appearing therefore, it is hereby ordered that the Stipulation is granted, Plaintiff
4  shall have leave to file the First Amended Complaint and Defendant shall have twenty (20) days to
5  answer or otherwise respond to the First Amended Complaint from the date the Plaintiff files the
6  First Amended Complaint per this stipulation and following court order.

**IT IS SO ORDERED.**

DATED: 2/4     , 2013

_____
HONORABLE Richard Seeborg
United States District Judge