Higgs Fletcher & Mack LLP
JAMES M. PETERSON, Bar No. 137837
peterson@higgslaw.com
JASON C. ROSS, Bar No. 252635
rossj@higgslaw.com
EDWIN M. BONISKE, Bar No. 265701
boniske@higgslaw.com
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone:   619.236.1551
Facsimile:    619.696.1410

Attorneys for Defendant
CSK AUTO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MADRID, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSK AUTO, INC., an Arizona Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. C 12-05478-JCT<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>CASE FILED:   September 11, 2012 |

The parties to this action, Plaintiff SAMUEL MADRID ("Plaintiff") and Defendant CSK AUTO, INC. ("CSK"), jointly enter into the following stipulation:

1. The parties hereby stipulate that this action shall be fully dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

    a. All individual claims brought by Plaintiff Samuel Madrid are dismissed *with prejudice*, each side to bear its own costs and attorneys' fees;

    b. All putative class action and collective action claims brought on behalf of others besides Plaintiff, including the putative class claims under Rule 23 and the putative collective action claims under the Fair Labor Standards Act, are

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1126825.4

CASE NO. C 12-05478-JCT

dismissed *without prejudice*, each side to bear its own costs and attorneys' fees; and,

  c. The representative claims under the California Private Attorney General Act of 2004 brought herein are dismissed *without* prejudice, each side to bear its own costs and attorneys' fees.

DATED: June 18, 2013       CSK AUTO, INC.

By: /s/ Tamara de Wild
TAMARA DE WILD
Authorized Representative of CSK Auto, Inc.

DATED: June 18, 2013       HIGGS, FLETCHER & MACK LLP

By: /s/ Jason C. Ross
JAMES M. PETERSON
JASON C. ROSS
EDWIN BONISKE
Attorneys for Defendant
CSK Auto, Inc.

DATED: June 18, 2013

/s/ Samuel Madrid
SAMUEL MADRID
Plaintiff

DATED: June 18, 2013       BLUMENTHAL, NORDREHAUG & BHOWMIK

By: /s/ Aparajit Bhowmik
NORMAN B. BLUMENTHAL
KYLE R. NORDREHAUG
APARAJIT BHOWMIK
Attorneys for Plaintiff
Samuel Madrid

I certify and attest, under the laws of the United States of America, that each of the above signatories has concurred in the electronic signing and filing of this Joint Stipulation of Dismissal, either personally to me, or through their authorized representative.

DATED: June 18, 2013                          HIGGS, FLETCHER & MACK LLP

                                              By:   /s/ Jason C. Ross
                                                    JASON C. ROSS, ESQ.
                                                    Attorney for Defendant
                                                    CSK Auto, Inc.